FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

Case: 3:23-cv-00374-MJN-PBS Doc #: 2 Filed: 12/15/23 Page: 1 of 9  PAGEID #: 18

IN THE COURT OF COMMON PLEAS
PREBLE COUNTY, OH

| | |
|---|---|
| **MICHAEL COLLINS**<br>**5559 EATON LEWISBURG ROAD**<br>**LEWISBURG, OH 45338**<br><br>Plaintiff,<br><br>-vs.-<br><br>**AUTO-OWNERS INSURANCE COMPANY**<br><br>Please Serve:<br>Auto-Owners Insurance Company<br>6101 Anacapri Blvd.<br>Lansing, MI 48917<br><br>AND<br><br>**HOME-OWNERS INSURANCE COMPANY**<br><br>Please Serve:<br>Home-Owners Insurance Company<br>6101 Anacapri Blvd.<br>Lansing, MI 48917<br><br>AND<br><br>**OWNERS INSURANCE COMPANY**<br><br>Please Serve:<br>Owners Insurance Company<br>6101 Anacapri Blvd.<br>Lansing, MI 48917 | Case No:<br><br><br><br>**COMPLAINT WITH**<br>**JURY DEMAND**<br>**ENDORSED HEREON** |

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

**Defendants.**

**NOW COMES Plaintiff, Michael Collins,** by and through undersigned counsel, and states her Complaint against the named Defendants, as follows:

### I. The Parties

**1.** Plaintiff, Michael Collins resides at 5559 Eaton Lewisburg Road, Lewisburg, Oh 45338 and has so resided at relevant times herein.

**2.** Plaintiff, Michael Collins, had insured his residence through Defendant, Auto-Owners Insurance Company, et al.

**3.** Defendants Auto-Owners Insurance Company, Home-Owners Insurance Company, and Owners Insurance Company (collectively, "Auto-Owners Insurance Company, et al.") are foreign corporations with their principal place of business in Lansing, Michigan.

**4.** Defendant, Auto-Owners Insurance Company, et al., which had issued a homeowner's insurance policy contract to the Plaintiff, Michael Collins, which was, in full force and effect, at the time of the subject property loss. Defendants, Auto-Owners Insurance Company, et al., conducts substantial business within Preble County, Ohio.[1]

---

[1] Pursuant to Ohio Rule of Civil Procedure 10(D)(1), a copy of the policy is not attached to this Complaint because it is in the possession, custody or control of the Defendant.

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

## II. Jurisdiction and Venue

**5.** Jurisdiction is properly invoked in the Preble County Court of Common Pleas, as this Court has jurisdiction over actions for breach of insurance contract, and for bad faith, arising from a covered loss and for remediation and restoration services, in which the subject property is located in Preble County, Ohio.

**6.** Venue is proper in Preble County, Ohio, as the subject property is in Preble County, the material events of the subject property loss occurred in Preble County and the Defendant, Auto-Owners Insurance Company, et al., conducts substantial business within Preble County, Ohio.

## III. Statement of Facts

**7.** The subject property, located at 5559 Eaton Lewisburg Road, Lewisburg, OH 45338 was (and still is) owned by the Plaintiff, Michael Collins, and the subject property is used as Unknown primary residence.

**8.** On or about **7/17/2023**, Plaintiff, Michael Collins, suffered a substantial windstorm/hailstorm loss to his roof and interior.

**9.** Plaintiff, Michael Collins, promptly notified Defendant, Auto-Owners Insurance Company, et al., of the occurrence on or about **7/17/2023** and has satisfied all conditions precedent to pursue a bona fide and valid property loss claim under the subject Auto-Owners Insurance Company, et al. insurance policy, which was, in full force and effect, on the date of the subject loss.

**10.** Plaintiff, Michael Collins, duly reported the loss and fully cooperated with Defendant, Auto-Owners Insurance Company, et al., following the subject wind loss. Defendant, Auto-Owners Insurance Company, et al., failed to conduct a reasonable investigation of the loss.

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

11. As a result of the subject covered loss, there was substantial damage and/or destruction to the structure and/or contents and/or loss of use and/or additional damages at the subject property.

12. Defendant, Auto-Owners Insurance Company, et al., wrongfully denied the claim and/or processed the claim in bad faith, and/or otherwise engaged in wrongful acts and omissions in failing to indemnify the Plaintiff for a covered loss.

13. Plaintiff, Michael Collins, placed reasonable reliance in the Defendant, Auto-Owners Insurance Company, et al., that said Defendant would act in good faith, engage in fair dealing, adjust the claim in good faith and indemnify the Plaintiffs promptly for their property losses, in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

## COUNT I: BREACH OF CONTRACT

14. Plaintiff, Michael Collins, restates and re-alleges each and every allegation contained in Paragraphs One through Thirteen (1-13), with the same force and effect, as if fully rewritten herein.

15. Plaintiff, Michael Collins, placed reasonable and justifiable reliance upon the Defendant, Auto-Owners Insurance Company, et al., to perform the reasonable and necessary services to adjust the subject Windstorm loss and to adequately indemnify Plaintiff, Michael Collins, for Unknown subject loss.

16. Defendant, Auto-Owners Insurance Company, et al., owed a duty of good faith and fair dealing to the Plaintiff, Michael Collins, in carrying out its duties under the subject insurance policy.

17. Defendant, Auto-Owners Insurance Company, et al., breached its duty of good faith and fair dealing, by, *inter alia,* engaging in the following acts or omissions:

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

(a)  failing to promptly and reasonably adjust and pay the Plaintiff's claim;

(b)  failing to establish a reasonable justification for the denial of the Plaintiff's claim;

(c)  taking advantage of the Plaintiff's vulnerable position in order to force the Plaintiff to accept an unfair settlement of the Plaintiff's claim;

(d) failing to properly inspect the site of the loss and to adequately and properly investigate the claim, with the wrongful intent to deny the Plaintiff's claim from its inception;

(e)  failing to properly analyze the cause of the loss and/or the applicable coverage;

(f)  failing to properly review the analysis contained in any reports related to the loss in its possession;

(g)  failing to properly review the available evidence related to the loss;

(h)  failing to perform a good faith analysis of the loss;

(i)  failing to prepare a good faith estimate of damages caused by the loss;

(j)  refusing Plaintiff's reasonable requests for information;

(k) failing to indemnify the Plaintiff for her losses and damages within a reasonable period of time;

(l)  failing to properly train, supervise and/or instruct its adjusters and/or agents;

(m) failing to provide uniform and/or standard guidelines and/or materials to adjusters and/or agents to properly evaluate claims;

(n) failing to timely provide sufficient funds for the repairs and replacement of the subject property;

(o) failing to pay sufficient living expenses and/or loss of use expenses incurred by the Plaintiff, Michael Collins, in accordance with the governing policy of insurance;

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

Case: 3:23-cv-00374-MJN-PBS Doc #: 2 Filed: 12/15/23 Page: 6 of 9 PAGEID #: 23

(p) failing to provide sufficient funds for the repair and/or replacement of the contents contained in the subject dwelling, as provided for in the subject policy of insurance;

(q) acting with malice and/or aggravated and/or egregious fraud, and/or, as principal or master, knowingly authorizing, participating in, or ratifying the actions and/or omissions of an agent or servant of the Defendant; and

(r) engaging in other wrongful acts or omissions to be shown at trial on the merits.

**18.** As a direct and proximate result of the above-referenced material breach of the insurance contract by the Defendant, Auto-Owners Insurance Company, et al., Plaintiff, Michael Collins, has sustained losses and damages, in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

**19.** To the extent the conduct of the Defendant, Auto-Owners Insurance Company, et al., is shown to be willful, wanton, fraudulent, oppressive and/or done in conscious disregard for the property interests of the Plaintiff, Michael Collins, then the Plaintiff is entitled to an award of punitive damages, in an amount, to be determined by the trier of fact, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

## COUNT II: BAD FAITH

**20.** Plaintiff, Michael Collins, restates and re-alleges each and every allegation contained in Paragraphs One through Nineteen (1-19), with the same force and effect, as if fully rewritten herein.

**21.** As an insurer, Defendant, Auto-Owners Insurance Company, et al., its management and personnel, have the obligation to act in good faith in addressing coverage decisions, including, but not limited to, acting in good faith in the processing and adjustment of claims, upon the occurrence of a covered event.

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

**22.** Defendant, Auto-Owners Insurance Company, et al., wrongful failure to promptly and reasonably adjust the subject loss claim, as alleged herein, constitutes a series of arbitrary and capricious acts, without a reasonable factual basis and/or legal justification, thereby constituting multiple acts of bad faith towards the insured, Plaintiff, Michael Collins.

**23.** As a direct and proximate result of Defendant, Auto-Owners Insurance Company, et al., bad faith conduct, Plaintiff, Michael Collins, has been damaged in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

**24.** The conduct of the Defendant, Auto-Owners Insurance Company, et al., has been intentional, malicious, purposeful and/or done in conscious disregard of the rights of the Plaintiff, such that the Plaintiff, Michael Collins, is entitled to an award of punitive damages or exemplary damages, in an amount, to be determined by the trier of fact, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff, Michael Collins, by and through counsel, demands the following relief:

**A.** Judgment against Defendants, **Auto-Owners Insurance Company, Home-Owners Insurance Company, and Owners Insurance Company,** jointly and severally, for the full value of the losses and damages caused by the Wind loss at the subject property on or about **7/17/2023**, in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial;

**B.** Judgment against Defendants, **Auto-Owners Insurance Company, Home-Owners Insurance Company, and Owners Insurance Company,** jointly and severally, for an award of punitive damages, in an amount, to be determined by the trier of fact, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial;

**C.** An award of reasonable attorney's fees and costs incurred in the prosecution of this action;

**D.** An award of pre-judgment interest; and

FILED
PREBLE COUNTY OH
11/16/2023 08:06 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032833

Case: 3:23-cv-00374-MJN-PBS Doc #: 2 Filed: 12/15/23 Page: 8 of 9  PAGEID #: 25

**E.** Such further additional relief, whether at law or at equity, as the Court may deem proper and just.

Respectfully Submitted,

*/s/ Zachary M. Lotspeich*
Zachary M. Lotspeich, Esq. 0095925
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, Ohio 45206
T: (513) 444-4444 Ext. 131
F: (513) 721-5557
zlotspeich@maislinlaw.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable, pursuant to, *inter alia*, Civil Rules 38 and 39 of the Ohio Rules of Civil Procedure.

*/s/ Zachary M. Lotspeich*
Zachary M. Lotspeich, Esq. 0095925
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, Ohio 45206
T: (513) 444-4444 Ext. 131
F: (513) 721-5557
zlotspeich@maislinlaw.com
*Attorney for Plaintiff*

**INSTRUCTIONS TO THE CLERK**

Please issue Summons and serve the Summons and Complaint upon the named Defendant at the address stated in the caption via Certified U.S. Mail Service, Return Receipt Requested.

　　*/s/ Zachary M. Lotspeich*
Zachary M. Lotspeich, Esq. 0095925
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, Ohio 45206
T: (513) 444-4444 Ext. 131
F: (513) 721-5557
zlotspeich@maislinlaw.com
*Attorney for Plaintiff*