UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL COLLINS,

    Plaintiff,

vs.

AUTO-OWNERS INSURANCE
COMPANY, *et al.*,

    Defendants.

Case No. 3:23-cv-374

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DISMISSING CASE WITHOUT PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

This civil case is before the Court on Plaintiff's "Notice of Voluntary Dismissal," pursuant to Fed. R. Civ. P. 41(a). The time for opposition has passed. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

  March 20, 2024                     /s Michael J. Newman
                                                  Hon. Michael J. Newman
                                                  United States District Judge